UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUNYANG ZHAO,

                Plaintiff,

-against-

KRISTI NOEM, Secretary of the Department of Homeland Security; TODD LYONS, Acting Director of the Immigration and Customs Enforcement,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/1/2025_

25 Civ. 3401 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated April 29, 2025, the Court directed the parties to file a joint letter and proposed case management plan by June 30, 2025. ECF No. 4. Those submissions are overdue. Accordingly, by **July 29, 2025**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: July 1, 2025
       New York, New York

                                    ANALISA TORRES
                                    United States District Judge