```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/30/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUNYANG ZHAO,

                Plaintiff,

-against-

KRISTI NOEM, Secretary of the Department of Homeland Security; TODD LYONS, Acting Director of the Immigration and Customs Enforcement,

                Defendants.

25 Civ. 3401 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated April 29, 2025, the Court directed the parties to file a joint letter and proposed case management plan by June 30, 2025. ECF No. 4. On July 1, having received nothing from the parties, the Court extended the deadline to July 29. ECF No. 5. The submissions are, again, overdue.

    Accordingly, by **August 27, 2025**, the parties shall file their joint letter and proposed case management plan. Plaintiff is reminded that, pursuant to ¶ II.B of this Court's Individual Practices in Civil Cases, "[i]f defense counsel has not appeared at least one week prior to the deadline for these submissions, plaintiff's counsel is directed to submit a letter requesting an adjournment and informing the Court of the status of defense counsel's appearance and whether plaintiff intends to seek a default judgment." Plaintiff is advised that failure to comply with the Court's orders may result in dismissal under Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

Dated: July 30, 2025
       New York, New York

                                                  ANALISA TORRES
                                          United States District Judge