```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUNYANG ZHAO,

               Plaintiff,

-against-

KRISTI NOEM, Secretary of the Department of Homeland Security; TODD LYONS, Acting Director of the Immigration and Customs Enforcement,

               Defendants.

25 Civ. 3401 (AT)

**ORDER TO SHOW CAUSE**

ANALISA TORRES, District Judge:

    By order dated April 29, 2025, the Court directed the parties to file a joint letter and proposed case management plan by June 30, 2025. ECF No. 4. On July 1, having received no submissions, the Court ordered the parties to file their joint letter and proposed case management plan by July 29. ECF No. 5. Those submissions were, again, overdue. On July 30, the Court ordered the parties to file their submissions by August 27. ECF No. 6. The Court reminded Plaintiff that, pursuant to the undersigned's Individual Practices in Civil Cases, if the parties are unable to file the required submissions because Defendants have not appeared, Plaintiff must file a letter requesting an adjournment and informing the Court of the status of Defendants' appearance and whether Plaintiff intends to seek a default judgment. *Id.* The Court has, once again, received no submissions.

    Accordingly, by **September 30, 2025**, Plaintiff is ORDERED to show cause why this action should not be dismissed, with prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute this action and follow the Court's orders.

    SO ORDERED.

Dated: September 3, 2025
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge